

Office Of The Clerk

# Court of Appeal, First Circuit
State of Louisiana
www.la-fcca.org

**Rodd Naquin**
**Clerk of Court**

**Post Office Box 4408**
**Baton Rouge, LA**
**70821-4408**
**(225) 382-3000**

## Notice of Judgment and Disposition

June 16, 2025

Docket Number: 2025 - KW - 0315

State Of Louisiana
    versus
Tyrone Dunbar

TO:  Tyrone Dunbar
     Dixon Correctional Institute; l
     P.O. Box 788
     Jackson, LA 70748-0788

Hillar C. Moore III
EBR District Attorney
222 St. Louis Street
5th Floor
Baton Rouge, LA 70802
lori.olinde@ebrda.org

Hon. Louise Hines
300 North Boulevard
Suite 6401
Baton Rouge,  70802
VIA EMAIL

In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TYRONE DUNBAR

NO. 2025 KW 0315

**JUNE 16, 2025**

---

In Re:    Tyrone Dunbar, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          07-04-0644.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the district court's ruling on the "Petition Challenging Unconstitutionality of Statute," the bill of information, all pertinent minute entries and/or transcripts, the notice provided to the Attorney General's Office regarding the challenge to the constitutionality of the statute, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before September 16, 2025. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT